THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>NANCY McCALL,<br>Defendant. | No. CR 16-160-RSL<br><br>~~(PROPOSED)~~ ORDER GRANTING DEFENSE MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

The Court has considered the defendant's Motion for Early Termination of Supervised Release, and the record in this case.

THE COURT FINDS, pursuant to 18 U.S.C. § 3583(e), that early termination of supervised release is warranted and would serve the interest of justice;

IT IS THERFORE ORDERED that the term of supervised release for Ms. McCall shall be terminated, effective immediately.

The Clerk of the Court is directed to send copies of this order to all counsel of record, and to the United States Probation Office.

DONE this 5th day of September, 2018.

Robert S Lasnik

ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:
s/ *Vanessa Pai-Thompson*
Assistant Federal Public Defender
Attorney for Nancy McCall

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**